LAW OFFICES OF BILL LATOUR
JESSICA WARNER [CSBN: 257274]
 1420 E. Cooley Dr., Suite 100
 Colton, California 92324
 Telephone: (909) 954-2380
 Facsimile: (909) 796-3402
 E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

| | |
|---|---|
| RYAN ELLIOTT,<br> Plaintiff,<br><br> v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br> Defendant. | No: 5:23-cv-00861-SSS-E<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

 Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

 IT IS ORDERED that EAJA attorney fees are awarded in the amount of TWO THOUSAND SIX HUNDRED SEVENTY-FIVE DOLLARS AND 65/100 ($2,675.65) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: 9/8/2023  /s/ Charles F. Eick
       HON. CHARLES F. EICK
       UNITED STATES MAGISTRATE JUDGE